UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KIET PHAM,<br><br>    Petitioner,<br><br>    v.<br><br>JERRY POWERS,<br><br>    Respondent. | Case No.:1:13-cv-00656-SAB (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORM PAUPERIS<br><br>[ECF No. 10] |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 22, 2013, Petitioner filed an application to proceed in forma pauperis.

However, on May 6, 2013, the Court previously authorized Petitioner to proceed in forma pauperis. Accordingly,

IT IS HEREBY ORDERED that Petitioner's application filed on July 22, 103, is DENIED as MOOT.

IT IS SO ORDERED.

Dated: __**July 23, 2013**__

                                UNITED STATES MAGISTRATE JUDGE