1

2                          **UNITED STATES DISTRICT COURT**

3                          **EASTERN DISTRICT OF CALIFORNIA**

4

5    PAUL KIET PHAM,                     )   Case No.:1:13-cv-00656-SAB (HC)
                                         )
6                    Petitioner,         )   ORDER DENYING MOTION FOR
                                         )   APPOINTMENT OF COUNSEL
7             v.                         )
                                         )   [ECF No. 9]
8    JERRY POWERS,                       )
                                         )
9                    Respondent.         )
                                         )
10                                       )
                                         )
11                                       )
     _____
12
             Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28

13   U.S.C. § 2254.

14           On July 22, 2013, Petitioner filed a motion for the appointment of counsel.

15           There currently exists no absolute right to appointment of counsel in habeas corpus

16   proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick,

17   727 F.2d 773, 774 (8th Cir. 1984).  However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment

18   of counsel at any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules

19   Governing Section 2254 cases.  In the present case and at the present time, the Court does not find the

20   interests of justice require the appointment of counsel.   Accordingly,

21           IT IS HEREBY ORDERED that Petitioner's motion for appointment of counsel is DENIED.

22

23   IT IS SO ORDERED.

24

25      Dated:   **July 23, 2013**        _____
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28

                                                 1